# United States Bankruptcy Court
## District of Puerto Rico

**IN RE:**

Case No. **09-06353-13** _____

**RIVERA CRUZ, LUIS ANTONIO & COLON CENTENO, TERESA** _____ Chapter **13** _____

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **7/31/2009**          ☐ AMENDED PLAN DATED: _____

☑ PRE ☐ POST-CONFIRMATION          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ _____ **160.00** x _____ **60** = $ _____ **9,600.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ _____ **9,600.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

_____
_____

☐ Other:

_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ _____ **9,600.00**

### III. ATTORNEY'S FEES
#### (Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____ **2,574.00**

Signed: **/s/ LUIS ANTONIO RIVERA CRUZ** _____
Debtor

**/s/ TERESA COLON CENTENO** _____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:

| Cr. | Cr. | Cr. |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

2. ☐ Trustee pays IN FULL Secured Claims:

| Cr. | Cr. | Cr. |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

3. ☐ Trustee pays VALUE OF COLLATERAL:

| Cr. | Cr. | Cr. |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

_____

5. ☐ Other:

_____

6. ☐ Debtor otherwise maintains regular payments directly to:

_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____

| Cr. | Cr. | Cr. |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*

Attorney for Debtor **LEON LANDRAU LAW OFFICES JOSE A. LEON LANDRAU**          Phone: **(787) 746-7979**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only